IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ADRIAN GUY, GABRIELLE GUY and                                      PLAINTIFFS
ESTELLA GUY

Vs.                         CASE NO. 3:10cv00255 JMM

STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. and          DEFENDANTS
WELLS FARGO BANK, N.A.
(originally sued as Wells Fargo Auto Finance, LLC)

## ORDER

Defendant Wells Fargo Bank, N.A. having answered, and indicated the correct named Defendant, the Clerk is directed to change the style of the case to indicate this correction.

IT IS SO ORDERED THIS 11th  day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE