# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

ADRIAN GUY, GABRIELLE GUY,
and ESTELLA GUY                                                                    PLAINTIFFS

V.                                          3:10CV00255JMM

STATE FARM MUTUAL AUTOMOBILE
INSURANCE CO.; WELLS FARGO AUTO
FINANCE, LLC                                                                        DEFENDANTS

## ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS

Plaintiffs have filed a motion to voluntarily dismiss their case without prejudice. The Court finds that Plaintiffs' motion to dismiss should be, and hereby is, granted. (Docket # 41). The Clerk is directed to close the case.

The Court notes that Plaintiffs' right to re-file the case against Defendant is subject to the provisions of Rule 41(d) of the Federal Rules of Civil Procedure. Under Rule 41(d), the Plaintiffs may be ordered to pay any costs of this action which the Court deems appropriate upon filing the same claim against the same defendant.

IT IS SO ORDERED this 25th day of September, 2012.

_____
James M. Moody
United States District Judge